UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS-KANSAS CITY CARPENTERS REGIONAL COUNCIL, et al, | ) ) ) |
| Plaintiffs, | ) ) Case No. 4:17-cv-01990 SNLJ |
| v. | ) ) ) |
| CHRISTOPHER SEMAR, an individual d/b/a CKS WOODWORKS, INC., | ) ) ) |
| Defendant. | ) |

## MOTION TO DISMISS WITHOUT PREJUDICE

Come now plaintiffs, through counsel, and dismiss the above-captioned matter without prejudice.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
13205 Manchester Road, Ste. 210
St. Louis, Missouri 63131
Phone: (314) 727-1015
Fax: (314) 727-6804

**SO ORDERED this 23rd day of January, 2018.**

/s/ Greg A. Campbell
GREG A. CAMPBELL, #35381
Attorney for Plaintiffs

_____
**STEPHEN N. LIMBAUGH, JR.**
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2018, the foregoing was filed electronically with the Clerk of the Court and a copy was mailed by the United States Postal Service to the following non-participant in Electronic Case Filing: Christopher Semar, CKS Woodworks, 4 Ginger Ridge Lane, Glen Carbon, IL 62034-3407.

/s/ Greg A. Campbell